**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| CARL DANIEL JACKSON, ADC #98003 | | PLAINTIFF |
| v. | No. 5:14CV00184-JLH-JTK | |
| ALVA GREEN, et al. | | DEFENDANTS |

## ORDER

On of the defendants in this case is an orthopedic physician named "Dr. Shock." It appears likely that this defendant is Ethan J. Schock, M.D., an orthopedic surgeon in Little Rock.[1] I am related to Dr. Ethan Schock by marriage. Dr. Ethan Schock has provided medical treatment for various members of my family. Therefore, to avoid the appearance of impropriety, I am recusing from this case. The Clerk will reassign this case to another district judge by random assignment.

IT IS SO ORDERED this 9th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] According to the Arkansas State Medical Board website, two persons with the last name of *Shock* are licensed to practice medicine in Arkansas. Neither is an orthopedic physician. There are two persons named *Schock* who are licensed to practice medicine in Arkansas – Charles Conrad Schock and Ethan Joseph Schock. Both Dr. Schocks are orthopedic surgeons. Dr. Charles Conrad Schock practices in Conway.