## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CARL DANIEL JACKSON,　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #98003

v.　　　　　　　　　　　　5:14CV00184-JLH-JTK

ALVA GREEN, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 11th day of June, 2014.

_____
James M. Moody Jr.
United States District Judge

1